UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

**CRIMINAL NO. 15-24-DLB-2**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                      <u>**UNITED STATES' EXHIBIT LIST**</u>

**GENEO A. BRONSON**                                                   **DEFENDANT**

\* \* \* \* \*

Pursuant to the Court's Pretrial and Discovery Order, the United States submits the following Exhibit List.

1A - Heroin from controlled buy on 3/11/2015.

1B – Lab report from controlled buy on 3/11/2015.

2A - Heroin from controlled buy on 3/12/2015.

2B – Lab report from controlled buy on 3/12/2015.

3A - Heroin from controlled buy on 3/16/2015.

3B – Lab report from controlled buy on 3/16/2015.

4A - Heroin from controlled buy on 3/18/2015.

4B – Lab report from controlled buy on 3/18/2015.

5A – Motorola Razr smartphone seized from Johnson residence.

5B – iPhone 5 seized from Johnson residence.

5C – Bag of cutting agent seized from Johnson residence.

5D – Box of baggies seized from Johnson residence.

6A - Heroin from Bronson arrest on 3/18/2015.

6B – Lab report from Bronson arrest on 3/18/2015.

6C1 through 6C5 – Photographs

6D – CD with recordings of calls between Johnson and Bronson.

6E – Transcripts of calls between Johnson and Bronson.

7 – Results of search of Johnson's phone

8A – Plea agreement for Michael Johnson.

8B – Plea supplement for Michael Johnson.

    The United States reserves the right to supplement this list as necessary.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

By:   /s/ Anthony J. Bracke
      Assistant United States Attorney
      207 Grandview Drive, Suite 400
      Ft. Mitchell, KY 41017
      FAX: 859-655-3200
      Anthony.Bracke@usdoj.gov

## CERTIFICATE OF SERVICE

On August 19, 2015, I electronically filed the foregoing document through the CM/ECF system which will send notice of electronic filing and a copy to the Defendant.

        /s/ Anthony J. Bracke
        Assistant United States Attorney