# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __KENTUCKY-NO DIV AT COV__

Eastern District of Kentucky
**FILED**
DEC 0 3 2015
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

GENEO A. BRONSON

EXHIBIT AND WITNESS LIST

Case Number: 2:15-CR-24-DLB-002

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David L. Bunning | Anthony Bracke | Steven Howe |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/3/15 Sentencing-Evid. Hrg. | Lisa Wiesman | Lynn Voskuhl |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 12/3/15 | | | Derek Boyd, Task Force Officer, Cincinnati, OH. |