**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**Criminal Minutes-General**

**Cov.Cr. 15-24-DLB-CJS-2**            at **Covington**                **9/1/2020**

U.S. vs. **GENEO A. BRONSON**                        **X** Present  **X** Custody

    PRESENT: **HON. DAVID L. BUNNING, JUDGE**

| **Lynn Voskuhl** | **Lisa Wiesman** | **Anthony Bracke** |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

**Gregory Cohen**
Attorney for Defendant                    **X** Present    **X** Retained

**PROCEEDING: FINAL SUPERVISED RELEASE REVOCATION HEARING**

    This matter was called for a Final Hearing regarding alleged violations of supervised release, with counsel and Defendant present as noted. After being placed under oath, Defendant pleaded guilty and admitted to each of the four violations as set forth in the July 23, 2020 Supervised Release Violation Report and the August 24, 2020 Addendum. Accordingly,

    **IT IS ORDERED** as follows:

    1)    The August 24, 2020 Addendum shall be filed in the record.

    2)    Defendant's supervised release is **revoked**. Defendant is **sentenced** to **thirty (30) days imprisonment** on each of Violations 1, 2, 3 & 4 to run **concurrently with each other, for a total sentence of thirty (30) days imprisonment, to be followed by eight (8) years of supervised release to follow**.

    3)    Court's Advice of Right to Appeal shall be filed in the record.

    4)    Defendant is remanded to the custody of the United States Marshal for completion of his 30 day sentence. Defendant shall receive credit for the time spent in custody from August 12, 2020 to today's date.

    5)    Judgment shall enter concurrently herewith.

cc: USA/USPO/USM/COR                        Deputy Clerk Init. **lv**

TIC:  40 mins.