## United States District Court
## for
## Eastern District of Kentucky
## Report on Offender Under Supervision



Eastern District of Kentucky
**FILED**
APR 08 2021
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Name of Offender: **Geneo A. Bronson**          Case Number: **2:15-CR-024-DLB-02**

Name of Sentencing Judicial Officer:   **The Honorable David L. Bunning, United States District Judge**

Date of Original Sentence:   **December 3, 2015**

Date of Revocation:   **September 1, 2020**

Original Offense:   **Conspiracy to Distribute Heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)**

Original Sentence:   **63 months prison, 10 years supervised release**

Revocation Sentence:   **30 days with credit for time served, 8 years term of supervised release**

Type of Supervision: **Supv Rel**          Date Supervision Commenced: **12/12/2019**

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Law Violation |

On October 25, 2020, a warrant was issued by the Hamilton County Municipal Court for Geneo Bronson on a charge of Misdemeanor Assault (Hamilton County Municipal Court Docket #20CRB20486). According to the complaint of the alleged victim, Laquita Lynch, Bronson punched her in the face multiple times causing visible injuries. The warrant was subsequently converted to a citation and Bronson's initial court appearance was continued until January 15, 2021, although his attorney entered a written plea of not guilty on his behalf.

The charge was ultimately dismissed on March 11, 2021.

**U.S. Probation Officer Action:** As the charge is now dismissed, this officer respectfully recommends no further action at this time. Bronson's compliance with the conditions of

PROB 12A
(12/98)
Re: Bronson, Geneo A
Case No.: 2:15CR24-DLB-2

2

supervision will continue to be monitored and the Court will be notified in a timely manner if there are further violations.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *Shawn P. Donoho* | by | *Shawn P. Donoho* |
|  | Shawn P. Donoho |  | for Darla J. Huffman |
|  | Senior U.S. Probation Officer |  | Supervising U.S. Probation Officer |
|  | Date: April 7, 2021 |  | Date: April 7, 2021 |

☒ I concur with the recommendation of the Probation Officer

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

Signed By:
**David L. Bunning**
United States District Judge

Signature of Judicial Officer

8 April 2021
Date